AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

District of __NEVADA__

| | |
|---|---|
| United States of America<br>v.<br><br>__MARIA JIMENEZ__<br>*Defendant* | )<br>)  Case No.  2:18-mj-00223-PAL<br>)<br>)<br>) |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George U.S. Courthouse<br>333 Las Vegas Blvd., So.<br>Las Vegas, NV 89101 | Courtroom No.: | 3D |
|---|---|---|---|
| | | Date and Time: | 02/23/2018 at 03:00 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:  February 21, 2018

_____
*Judge's signature*

CAM FERENBACH, U.S. Magistrate Judge
*Printed name and title*

