RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
PAUL D. RIDDLE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Paul_Riddle@fd.org

Attorney for Maria Jimenez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIA JIMENEZ,<br><br>Defendant. | Case No. 2:18-CR-063-APG-PAL<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Brandon C. Jaroch, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Paul D. Riddle, Assistant Federal Public Defender, counsel for Maria Jimenez, that the Sentencing Hearing currently scheduled on January 22, 2019 at 10:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Counsel for the government is out of the office and unavailable. The defense has no objection to continuing the sentencing to allow government counsel to be present.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 15th day of January, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Paul D. Riddle*<br>By_____<br>PAUL D. RIDDLE<br>Assistant Federal Public Defender | */s/ Brandon C. Jaroch*<br>By_____<br>BRANDON C. JAROCH<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARIA JIMENEZ,<br><br>　　　　Defendant. | Case No. 2:18-CR-063-APG-PAL<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Tuesday, January 22, 2019 at 10:30 a.m., be vacated and continued to  March 1, 2019  at the hour of  9 :30  a .m.; or to a time and date convenient to the court in Courtroom 6C.

DATED this 16th day of January, 2019.

_____
UNITED STATES DISTRICT JUDGE